FILED
JUN 1 4 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CR. NO. 3:06CR 150-MHT |
| v. | ) [18 USC 2252A(a)(1); |
| | ) 18 USC 2252A(a)(5)(B); |
| ERNEST PIPPIN | ) 18 USC 922(g)(1)] |
| | ) INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about February 25, 2003, within the Middle District of Alabama, defendnt

ERNEST PIPPIN,

did knowingly mail and transport and ship in interstate and foreign commerce by any means, including by computer, any child pornography, in violation of Title 18, United States Code, Section 2252A(a)(1).

## COUNT 2

On or about March 21, 2003, within the Middle District of Alabama, defendant

ERNEST PIPPIN,

did knowingly mail and transport and ship in interstate and foreign commerce by any means, including by computer, any child pornography, in violation of Title 18, United States Code, Section 2252A(a)(1).

## COUNT 3

On or about March 16, 2005, within the Middle District of Alabama, defendant

ERNEST PIPPIN,

did knowingly possess any book, magazine, periodical, film, videotape, computer disk, and any other material that contains, an image of child pornography that has been mailed, shipped, and transported in interstate, and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT 4

On or about March 16, 2005, within the Middle District of Alabama, defendant

ERNEST PIPPIN,

having been previously convicted in a court, of crimes punishable by imprisonment for a term in excess of one year, to-wit: Sexual Abuse in the First Degree in the Circuit Court of Russell County, Alabama (CC 92-76 and 92-77), knowingly possessed firearms, in and affecting commerce, that is a Charter Arms, Undercover, .38 caliber revolver, serial number 542073; a Llama, .380 caliber semi-auto pistol, serial number A89106; an Excam, GT-27, .25 caliber semi-auto pistol, serial number M17052; a Chamri, 12 gauge shotgun, serial number 295778; a Stevens, Model 940, unknown caliber shotgun, serial number unknown; a Hercules, 410 gauge shotgun, serial number unknown; a Springfield Armory, Model 1903, serial number unknown, better descriptions of which are unknown to the Grand Jury, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION - 1

A.   Counts 1 through 3 of this indictment are hereby repeated and incorporated herein by reference.

B.   Upon conviction for the violations of Title 18, United States Code, Section 2252A, as alleged in Counts 1, 2, or 3 this Indictment, the defendant,

ERNEST PIPPIN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253:

2

(1) any visual depiction described in Title 18, United States Code, Section 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of such offenses;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and,

(3) any property, real or personal, used and intended to be used to commit and to promote the commission of such offense

C. If any of the property described in this forfeiture allegation, as a result of any act an omission of the defendant

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred and sold to, and deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty; the United States, pursuant to Title 18, United States Code, Section 2253(o) intends to seek an order of this Court forfeiting any other property of said defendant up to the value of any property described in paragraph B above, all in violation of Title 18, United States Code, Section 2252A.

All in violation of Title 18, United States Code, Section 2253.

## FORFEITURE ALLEGATION - 2

A. Count 4 of this indictment is hereby repeated and incorporated herein by reference.

3

B.    Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 4 of this indictment, the defendant,

ERNEST PIPPIN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

> **One Charter Arms, Undercover, .38 caliber revolver, bearing serial number 542073;**
>
> **One Llama, .380 caliber semi-automatic pistol, bearing serial number A89106;**
>
> **One Excam, GT-27, .25 caliber semi-automatic pistol, bearing serial number M17052;**
>
> **One Chamri, 12 gauge shotgun, bearing serial number 295778;**
>
> **One Stevens, Model 940, shotgun;**
>
> **One Hercules, 410 gauge shotgun; and**
>
> **One Springfield Armory, Model 1903.**

C.    If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1)    cannot be located upon the exercise of due diligence;

(2)    has been transferred, sold to, or deposited with a third person;

(3)    has been placed beyond the jurisdiction of the court;

(4)    has been substantially diminished in value; or,

(5)    has been commingled with other property which cannot be divided without difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as

incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting any other property of said defendant up to the value of the property described in the above paragraphs.

All in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature]*
John T. Harmon
Assistant United States Attorney

*[signature]*
Susan R. Redmond
Assistant United States Attorney