IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06-CR-150-MHT |
| | ) | |
| ERNEST PIPPIN | ) | |

## GOVERNMENT'S MOTION FOR DETENTION HEARING

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for a detention hearing for the above-captioned defendant.

1. Eligibility of Cases

    This case is eligible for a detention order because this case involves:

    __X__  Crime of violence (18 U.S.C. 3156)

    _____  Maximum sentence of life imprisonment or death

    _____  10 + year drug offense

    __X__  Felony, with two prior convictions in the above categories

    _____  Serious risk the defendant will flee

    _____  Serious risk of obstruction of justice

2. Reason For Detention

    The Court should detain defendant because there are no conditions of release which will reasonably assure:

    _____  Defendant's appearance as required

    __X__  Safety of any other person and the community

3. <u>Rebuttable Presumption</u>

The United States will invoke the rebuttable presumption against defendant under Section 3142(e).

__X__    Probable cause to believe defendant committed 10 + year drug offense or a crime of violence or an offense in which a firearm was used or carried under Section 924(c)

_____    Previous conviction for "eligible" offense committed while on pretrial bond

_____    A period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described above

4. <u>Time For Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

_____    At the initial appearance

__X__    After continuance of _2_ days

Respectfully submitted this the 21st day of June, 2006.

        LEURA GARRETT CANARY
        UNITED STATES ATTORNEY

        /s/ Susan R. Redmond
        SUSAN R. REDMOND
        Assistant United States Attorney
        Post Office Box 197
        Montgomery, AL 36101-0197
        334.223.7280
        334.223.7135 fax
        susan.redmond@usdoj.gov