| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |
|---|---|

-------------------------------------------------------------------------------------------------------------

√ INITIAL APPEARANCE                     DATE: June 21, 2006
❏ BOND HEARING
❏ DETENTION HEARING                  Digital Recording 2:46 - 2:56
❏ PRELIMINARY (EXAMINATION)(HEARING)
❏ REMOVAL HEARING (R.40)
√ ARRAIGNMENT

-------------------------------------------------------------------------------------------------------------

**PRESIDING MAG. JUDGE:** Susan Russ Walker       **DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 3:06cr150-MHT                **DEFENDANT NAME:** Ernest Pippin

**AUSA:** Susan Redmond                **DEFT. ATTY:** Leslie Smith

                                **Type Counsel:** ( )Retained; ( ) CJA; ( ) Waived; (√) FPD

**USPO/USPTS:** Tamara Martin

**Interpreter needed:** ( √ ) NO; ( )YES   Name:

___

| | |
|---|---|
| √ | Date of Arrest June 21, 2006 or ❏ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❏ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❏ | Panel Attorney Appointed; ❏ to be appointed - prepare voucher |
| ❏ | Deft. Advises he will retain counsel.  Has retained _____ |
| √ | ❏ Government's ORAL Motion for Detention Hrg. ❏ to be followed by written motion; √ Government's WRITTEN Motion for Detention Hrg. has been filed |
| √ | Detention Hearing ❏ held; √ set for 6/22/06 @ 10:00 a.m. |
| ❏ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❏ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❏ | Release order entered.  Deft advised of conditions of release |
| ❏ | ❏ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ❏ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❏ | Bond not executed.  Defendant to remain in Marshal's custody |
| ❏ | Deft. ORDERED REMOVED to originating district |
| ❏ | Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing |
| ❏ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √ HELD. Plea of NOT GUILTY entered. ❏Set for DISCOVERY DISCLOSURE DATE:  6/21/06 |
| ❏ | WAIVER of Speedy Trial.  CRIMINAL TERM:  August 7, 2006 |
| ❏ | NOTICE to retained Criminal Defense Attorney handed to counsel |