IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:06cr150-MHT |
| | ) | |
| ERNEST PIPPIN | ) | |

## ORDER OF TEMPORARY DETENTION
## PENDING HEARING PURSUANT TO BAIL
## REFORM ACT

Upon the motion of the government, it is ORDERED that a detention hearing is set for June 22, 2006 at 10:00 a.m. in Courtroom 5-B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge. Pending this hearing, the defendant shall be held in custody of the U. S. Marshal and produced for the hearing.

Done, this 21st day of June, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE