| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **MIDDLE DISTRICT OF ALABAMA** |

---

❐ INITIAL APPEARANCE              DATE: June 22, 2006
❐ BOND HEARING
√ DETENTION HEARING              Digital Recording 10:10 -11:05
❐ PRELIMINARY (EXAMINATION)(HEARING)
❐ REMOVAL HEARING (R.40)
❐ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker        **DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 3:06cr150-MHT                **DEFENDANT NAME:** Ernest Pippin

**AUSA:** Susan Redmond                **DEFT. ATTY:** Christine Freeman

**Type Counsel:** ( )Retained; ( ) CJA; ( ) Waived; (√) FPD

**USPO/USPTS:** Tamara Martin

**Interpreter needed:** ( √ ) NO; ( )YES   Name:

---

| | |
|---|---|
| ❐ | Date of Arrest or ❐ Arrest Rule 40 |
| ❐ | Deft First Appearance. Advised of rights/charges. ❐ Prob/Sup Rel Violator |
| ❐ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| ❐ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❐ | Panel Attorney Appointed; ❐ to be appointed - prepare voucher |
| ❐ | Deft. Advises he will retain counsel. Has retained _____ |
| ❐ | ❐ Government's ORAL Motion for Detention Hrg. ❐ to be followed by written motion; ❐ Government's WRITTEN Motion for Detention Hrg. filed |
| √ | Detention Hearing √ held. |
| ❐ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❐ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❐ | Release order entered. Deft advised of conditions of release |
| ❐ | ❐ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ❐ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| √ | Bond not executed. Defendant to remain in Marshal's custody |
| ❐ | Deft. ORDERED REMOVED to originating district |
| ❐ | Waiver of ❐ preliminary hearing; ❐ Waiver Rule 40 hearing |
| ❐ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ❐ | ARRAIGNMENT ❐HELD. Plea of NOT GUILTY entered. ❐Set for DISCOVERY DISCLOSURE DATE: |
| ❐ | WAIVER of Speedy Trial.  CRIMINAL TERM: |
| ❐ | NOTICE to retained Criminal Defense Attorney handed to counsel |

## PROCEEDINGS:

| | |
|---|---|
| **10:10 a.m.** | **Court convenes.** |
| | **Defense counsel looking over report from USPO.** |
| **10:11 a.m.** | **Government's statements to the court regarding presumption of evidence.** |
| | **Government invokes rebuttal presumption.** |
| **10:12 a.m.** | **Testimony begins.** |
| | **Ms. Freeman's direct examination. (Pippin)** |
| **10:25 a.m.** | **Government's cross examination. (Pippin)** |
| **10:34 a.m.** | **Ms. Freeman's re-direct examination. (Pippin)** |
| **10:36 a.m.** | **Government's re-cross examination. (Pippin)** |
| **10:38 a.m.** | **Ms. Freeman's statements to the court regarding additional witnesses in court.** |
| | **Defendants rests.** |
| | **Government has no witnesses.** |
| **10:39 a.m.** | **Ms. Freeman's statements to the court regarding detention.** |
| **10:40 a.m.** | **Government states they can proffer to the court as to the nature of the offense.** |
| | **Ms. Freeman's does not object to proffer.** |
| **10:41 a.m.** | **Court's discussions regarding proffer or testimony of agent.** |
| | **Government's direct examination. (Houston)** |
| **11:02 a.m.** | **Ms. Freeman's cross examination. (Houston)** |
| **11:04 a.m.** | **Government's rests.** |
| **11:05 a.m.** | **Court will detain defendant.** |