IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

UNITED STATES OF AMERICA     *
                                                 *

VS.                                                 *       3:96cr150-MHT
                                                 *

ERNEST PIPPIN                         *

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. Paul Houston | 1. Mary Eugenia Pippin |