**IN THE UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **VS.** | * | **CASE NO.: 3:06cr-150-MHT** |
| **ERNEST PIPPIN.** | * | |

## NOTICE OF APPEARANCE

    Comes now the undersigned and does hereby give notice of his appearance as legal counsel for and on behalf of the Defendant, Ernest Pippin, and does request that all pleadings, notices and correspondence related to this matter should be sent to said attorney at the address as set forth below.

Respectfully Submitted,

Walter M. Northcutt
Defendant's Attorney
323 Thach Avenue
Auburn, AL 36830
334-826-0944
NOR027

## CERTIFICATE OF SERVICE

    Comes now the undersigned and does certify that a true copy of this Notice was served upon the U.S. Attorney, Hon. Susan Redmond, U.S. Attorney's Office, P.O. Box 197, Montgomery, AL. 36101-0197, by placing a true copy of the same in the United States mail, postage prepaid.

Done this the 5rd day of July, 2006.

Walter M. Northcutt