IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **V.** | )   CASE NO: 3:06-CR-150-MHT |
| | ) |
| **ERNEST PIPPIN** | ) |

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW** the undersigned counsel, Christine A. Freeman, and files this Motion to Withdraw as Counsel. Undersigned counsel has been informed that Attorney Walter M. Northcutt has been retained and has filed a Notice of Appearance as counsel for Mr. Pippin.

**WHEREFORE**, undersigned counsel respectfully requests an order relieving her as counsel of record.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 3:06-CR-150-MHT** |
| | ) | |
| **ERNEST PIPPIN** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan R. Redmond, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

    s/Christine A. Freeman
    **CHRISTINE A. FREEMAN**
    **TN BAR NO.: 11892**
    Attorney for Defendant
    Federal Defenders
    Middle District of Alabama
    201 Monroe Street, Suite 407
    Montgomery, AL 36104
    TEL: (334) 834-2099
    FAX: (334) 834-0353
    E-Mail: Christine_Freeman@fd.org