IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 3:06-CR-150-MHT |
| | ) | |
| ERNEST PIPPIN | ) | |

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW** the undersigned counsel, Christine A. Freeman, and files this Motion to Withdraw as Counsel. Undersigned counsel has been informed that Attorney Walter M. Northcutt has been retained and has filed a Notice of Appearance as counsel for Mr. Pippin.

**WHEREFORE**, undersigned counsel respectfully requests an order relieving her as counsel of record.

Respectfully submitted,

s/Christine A. Freeman
CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**MOTION GRANTED**

THIS 2n DAY OF July, 2006

_____
UNITED STATES MAGISTRATE JUDGE