| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** July 17, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:44 - 3:45 |

### PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 3:06cr150-MHT | **DEFENDANT(S)** Ernest Pippin |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Susan Redmond | * * * * * | Walter Northcutt |

❒ **DISCOVERY STATUS:**
    Complete
    Mr. Northcutt has not received discovery from previous counsel

❒ **PENDING MOTION STATUS:**

❒ **PLEA STATUS:**
    Plea negotiations
    Plea notice to be filed on or before noon July 26, 2006

❒ **TRIAL STATUS**
    Trial time - 1- 1 ½ days

❒ **REMARKS:**