IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA,   *

VS.   *   CASE NO. 3:06-CR-150-MHT

EARNEST PIPPIN.   *

## NOTICE OF INTENT TO ENTER 11(C)(1)(C) PLEA

Comes now the Defendant, by and through his attorney, Walter M. Northcutt, and does give this Honorable Court notice that he does intend to enter a plea in accordance with Rule 11(e)(1)(C).

Done this the 26th day of July, 2006

/s/ Walter M. Northcutt
Walter M. Northcutt
Defendant's Attorney
323 Thach Ave.
Auburn, AL. 36830
334-826-0944
NOR027

## CERTIFICATE OF SERVICE

Comes now the undersigned and does certify that a true copy of this Notice of Intent to Plea was served upon Hon. Susan Redmond of the US attorney's office, at the address below by placing the same in the United States Mail, postage prepaid.

Hon. Susan Redmond
U.S. Attorney's Office
P.O. Box 197
Montgomery, AL. 36101-0197\

Done this the 26th day of July, 2006.

Walter M. Northcutt