IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA,           *

VS.                                 *       CASE NO. 3:06-CR-150-MHT

EARNEST PIPPIN.                     *

## MOTION TO CONTINUE PLEA DATE

Comes now the Defendant's attorney, Walter M. Northcutt, and does move this Honorable Court to allow his client to enter his Rule 11(e)(1)(C) guilty plea on Wednesday, August 2 or Thursday, August 3 based upon the following:

1. The undersigned attorney did read Cr. Misc. No. #550 issued by the Court at a prior time. Said order does set forth that the "purpose of the consent docket is to take guilty pleas which have not been entered earlier. The consent docket being "on Wednesday before a criminal trial term is to begin the following Monday."

2. The undersigned, who in addition to criminal defense, closes real estate loans. The last day of a month and the first day of the following month are the to largest closing days in any month. Said attorney has six closings on the 31st and six closings on the 1st. He only has one staff member who does real estate and she will be putting together closings for the day while the undersigned attorney is closing the others.

Wherefore, the undersigned attorney does move this Honorable Court to continue his client's Rule 11(e)(1)(C) guilty plea until August 2nd or 3rd. If this is not possible and this Honorable Court can do take the plea in the morning of August 1st the undersigned attorney can make arrangements to be present at that time.

Said attorney does plead for the patience and cooperation of the Court in allowing the Rule 11(e)(1)(C) to be taken as requested above.

Respectfully Submitted this the 27th day of July, 2006

/s/ Walter M. Northcutt
Walter M. Northcutt
Defendant's Attorney
323 Thach Ave.
Auburn, AL. 36830
334-826-0944
NOR027

## CERTIFICATE OF SERVICE

Comes now the undersigned and does certify that a true copy of this Motion to Continue was served upon Deputy U.S. Attorney's Hon. Susan Redmond by means of e filing notice, a faxed copy faxed on this date and by placing a copy of the same in the United States Mail, postage prepaid and addressed as follows:

Hon. Susan Redmond
U.S. Attorney's Office
One Court Square, Suite 201
Montgomery, AL. 36104

Done this the 27th day of July, 2006.

/s/ Walter M. Northcutt
Walter M. Northcutt