IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:06cr150-MHT |
| | ) | |
| ERNEST PIPPIN | ) | |

## **ORDER**

Upon consideration of the motion to continue filed by defendant on July 27, 2006 (Doc. # 21), it is

ORDERED that the motion is GRANTED. The change of plea previously scheduled for July 31, 2006 at 3:00 p.m. is hereby continued until 12:45 p.m. on August 3, 2006.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

Done, this 28th day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE