EXHIBIT "A"

**State of Alabama**

**County of Lee**

## AFFIDAVIT

Comes now the undersigned, Stacy Pippin, and does swear and/or affirm that the following is true and correct to the best of my knowledge and beliefs:

1. I am over the age of 19 years and of sound mind.

2. My father is Ernest Pippin and he has not spoken to me about making this statement and he does not know that I am making this statement.

3. In 1992 my father plead guilty to sexual abuse which happened to me.

4. My father and our entire family went to counseling and my father went through alcohol counseling.

5. Since that time my father has never again been inappropriate with me in any manner.

6. I forgave him and we have had a good father - daughter relationship since that time.

7. Since 1992 I have not seen him do anything inappropriate with anyone especially any children.

8. I believe that my father is not a threat to any person and I believe that he is certainly not a threat to touch any child in any inappropriate or sexual manner.

9. I believe that he can be properly supervised by his boss, my aunt and my mother.

Done this the 24th day of July, 2006.

_Stacy Pippin_
Stacy Pippin

State of Alabama

County of Lee

    Comes now the undersigned Notary Public and does certify that Stacy Pippin, being known unto me, did appear before me this date and having been duly sworn did swear and/or affirm that the contents of this Affidavit are true and correct and that she has affixed her name hereto, voluntarily and of her own free will and accord.

    Done this the 24th day of July, 2006.

(SEAL)

_____
Notary Public
My Commission Expires: MY COMMISSION EXPIRES SEPT. 4, 2007

EXHIBIT "B"

**State of Alabama**

**County of Lee**

## AFFIDAVIT

Comes now the undersigned, Christy Pippin, and does swear and/or affirm that the following is true and correct to the best of my knowledge and beliefs:

1. I am over the age of 19 years and of sound mind.

2. My father is Ernest Pippin and he has not spoken to me about making this statement and he does not know that I am making this statement.

3. In 1992 my father plead guilty to sexual abuse which happened to me.

4. My father and our entire family went to counseling and my father went through alcohol counseling.

5. Since that time my father has never again been inappropriate with me in any manner.

6. I forgave him and we have had a good father - daughter relationship since that time.

7. Since 1992 I have not seen him do anything inappropriate with anyone especially any children.

8. I believe that my father is not a threat to any person and I believe that he is certainly not a threat to touch any child in any inappropriate or sexual manner.

9. I believe that he can be properly supervised by his boss, my aunt and my mother.

Done this the 24th day of July, 2006.

_____
Christy Pippin

State of Alabama

County of Lee

 Comes now the undersigned Notary Public and does certify that Christy Pippin, being known unto me, did appear before me this date and having been duly sworn did swear and/or affirm that the contents of this Affidavit are true and correct and that she has affixed her name hereto, voluntarily and of her own free will and accord.

Done this the 24th day of July, 2006.

_____
Notary Public
My Commission Expires: MY COMMISSION EXPIRES SEPT. 4, 2007

EXHIBIT " C "

Gentry Machine Works, Inc
5110 Transport Blvd
Columbus, GA 31907
706-569-1899

July 12, 2006

To Whom It May Concern:

While employed at Gentry Machine Works Earnest Pippin was a very dependable and hard working employee. He got along well with his co-workers and never showed any indication of the kind of behavior he is being charged with.

Please let me know if I can be of further assistance.

Sincerely,

Jeffrey Gentry
General Manager GMW

PAGE 1

EXHIBIT " D "

STATE OF ALABAMA

COUNTY OF LEE

## AFFIDAVIT

The following is true and correct to the best of my knowledge:

1. I am over the age of nineteen years and of sound mind.

2. I am the sister of Earnest Pippin.

3. It is my understanding that his attorney, Walter M. Northcutt, is requesting that he be allowed to be out on bond from the date he pleads until his sentencing date.

4. I will be more than glad for him to live with me. I work the third shift so I will be home with him during each day. If he can return to work I will insure that he goes to work.

5. I do not own a computer and I would not allow him to have one in my home.

6. I was not aware of Earnest's past conviction in 1992. Had I been I would have already been more active in supervising Earnest.

7. I can assure whomever I need to that I will do all in my power to make sure that Earnest abides by any and all rules or regulations he is given during the time he is with me.

8. I am his older sister and I can assure you that I can control him and make him abide by the rules he is given.

Done this the 26th day of July, 2006.

*Julia Webster*
Julia Webster

State of Alabama

County of Lee

    Comes now the undersigned Notary Public and does certify that Julia Webster, being known unto me, did appear before me on this date and having been duly sworn did swear and/or affirm that the contents of her affidavit are true and correct to the best of her knowledge and that she did affix her name thereto voluntarily and of her own free will and accord.

Done this the 26th day of July, 2006.

Notary Public
My Commission Expires:

MY COMMISSION EXPIRES SEPT. 4, 2007