| | | |
|---|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** August 3, 2006 | |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 12:44 - 1:19 | |
| | **COURT REPORTER:** Jimmy Dickens | |
| ☐ **ARRAIGNMENT** | √ **CHANGE OF PLEA** | ☐ **CONSENT PLEA** |
| ☐ **RULE 44(c) HEARING** | ☐ **SENTENCING** | |

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 3:06cr150-MHT   **DEFENDANT NAME:** Ernest Pippin
**AUSA:** Susan Redmond   **DEFENDANT ATTORNEY:** Walter Northcutt
   Type counsel ( )Waived; (√)Retained; ( )CJA; ( )FPD
   ( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Tamara Martin
**Interpreter present?** (√)NO; ( )YES   Name:

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   ☐ **Not Guilty**
   √ **Guilty as to:**
      √ **Count(s):** 1, 2, 3 & 4   of the Indictment
      ☐ **Count(s):**         ☐ dismissed on oral motion of USA
               ☐ to be dismissed at sentencing

√ Written plea agreement filed   ☐ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts 1, 2, 3 & 4 of the Indictment.

☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
      ☐ Trial on _____; ☐ Sentencing on _____

√ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
      ☐ Trial on _____; or ☐ Sentencing on _____

☐ Rule 44 Hearing:   ☐ Waiver of Conflict of Interest Form executed
         ☐ Defendant requests time to secure new counsel

√ **Defendant's written MOTION for release pending sentencing filed in open Court.**
   **Government's response to defendant's motion.**
   **Court's ORAL ORDER denying defendant's motion for release pending sentencing.**