IN THE CIRCUIT COURT OF THE UNTIED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA,*

VS.                                *    CASE NO. 3:06-CR-150-MHT

EARNEST PIPPIN.                    *

**PETITION OF THIRD PARTY
TO CLAIM GUNS IN LIEU OF FORFEITURE**

Comes now the undersigned, Patti Tharpe, and does petition this Honorable Court to deny the Government's Forfeiture as to the weapons as set forth below based on the facts as set forth herein.

1. Ernest Eugene Pippin, Sr., hereinafter referred to as Ernest, Sr., was my father. Ernest Eugene Pippin, Jr., the Defendant herein, is my father.

2. When Ernest, Sr. died he left several shotguns which he had either purchased or were handed down to him.

3. Ernest, Sr. left those guns to his children as heirlooms. He intended for us all to keep them in the family. He did not intend for Ernest, Jr. to own them but for all of the children to have an interest in them. There was a total of 8 children.

4. The weapons which my father, Ernest, Sr. left to his children are as follows:

    A. One Chamri, 12 gauge shotgun, bearing serial number 295778;

    B. One Stevens, model 940 shotgun;

    C. One Hercules, 410 gauge shotgun;

    D. One Springfield Armory, Model 1903.

5. I am requesting that this Honorable Court return the guns to my possession so that I can keep them as family heirlooms or I can distribute them to my siblings other than Ernest Pippin, Jr.

6. I am 44 years of age, date of birth 3/3/62 and I have no prior convictions which would effect my ability to be in possession of the requested guns.

7. I reside at 2440 Lee Road 242 and my social security number is 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.

The contents of this petition are true and correct to the best of my knowledge and beliefs.

/s/ Patti Tharpe  
Patti Tharpe  
2440 Lee Road 242  
Smiths, AL. 36877

State of Alabama

County of Lee

    Comes now the undersigned Notary Public and does certify that Patti Tharpe, being known unto me did appear before me on this date and having been duly sworn did swear and/or affirm that the contents of this petition are true and correct to the best of her knowledge and beliefs.

    Done this the 18th day of August, 2006.

/s/ Sherry L. Meadows  
Notary Public  
My Commission Expires: 6-15-09

Respectfully Submitted,

/s/ Walter M. Northcutt  
Walter M. Northcutt  
Attorney for Petitioner  
P.O. Box 889  
Auburn, AL. 36831  
334-826-0944  
AL. Bar No.: 0295 - O44W

**CERTIFICATE OF SERVICE**

    Comes now the undersigned and does hereby certify that a true copy of this Petition was served upon U.S. Attorney John T. Harmon, by means of efiling.

    Done this the 18th day of August, 2006.

/s/ Walter M. Northcutt  
Walter M. Northcutt