IN THE CIRCUIT COURT OF THE UNTIED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA,  *

VS.                        *   CASE NO. 3:06-CR-150-MHT

EARNEST PIPPIN.            *

**PETITION OF THIRD PARTY
TO CLAIM GUNS IN LIEU OF FORFEITURE**

    Comes now the undersigned, Eugenia Pippin, and does petition this Honorable Court to deny the Government's Forfeiture as to the weapons as set forth below based on the facts as set forth herein.

    1. Ernest Eugene Pippin, Jr., hereinafter referred to as Ernest, is my husband.

    2. Several years ago Ernest purchased a pistol from a guy he worked with and give it to me as a gift so that I would have protection. His boss then gave him a pistol which he gave to me also. We live in a rural area and in an area which is known for persons producing meth.

    3. The handguns were seized by the agents when they searched our home. The guns I owe which were seized are as follows:

        A. One Llama, .380 caliber semi-automatic pistol bearing serial number A89106;

        B. One Excam, GT-27, .25 caliber semi-automatic pisto, being serial number M17052.

    4. I am requesting that this Honorable Court return my guns to my possession.

    5. I am 47 years of age, date of birth 5/17/59 and I have no prior convictions which would effect my ability to be in possession of the requested guns.

    7. I reside at 775 Lee Road 346, Salem, AL. 36874 and my social security number is 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.

    The contents of this petition are true and correct to the best of my knowledge and beliefs.

                              /s/ Eugenia Pippin
                              Eugenia Pippin
                              775 Lee Road 346
                              Smiths, AL. 36874

State of Alabama

County of Lee

    Comes now the undersigned Notary Public and does certify that Eugenia Pippin, being known unto me did appear before me on this date and having been duly sworn did swear and/or affirm that the contents of this petition are true and correct to the best of her knowledge and beliefs.

    Done this the 18th day of August, 2006.

/s/ Sherry L. Meadows
Notary Public
My Commission Expires: 6-15-09


Respectfully Submitted,


/s/ Walter M. Northcutt
Walter M. Northcutt
Attorney for Petitioner
P.O. Box 889
Auburn, AL. 36831
334-826-0944
AL. Bar No.: 0295 - O44W


## CERTIFICATE OF SERVICE

    Comes now the undersigned and does hereby certify that a true copy of this Petition was served upon U.S. Attorney John T. Harmon, by means of efiling.

    Done this the 18th day of August, 2006.

/s/ Walter M. Northcutt
Walter M. Northcutt