IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:06cr150-MHT |
| **ERNEST PIPPIN** | ) | |

## ORDER

It is ORDERED that the third-party's petition to claim guns (doc. no. 33) is set for submission, without oral argument, on August 28, 2006, with all briefs due by said date.

DONE, this the 21st day of August, 2006.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**