# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT                                                                                                          TELEPHONE:
Clerk                                                                                                                               334 954-3600

August 22, 2006

## *NOTICE OF DEFICIENCY*

TO:              Attorney Walter M. Northcutt

FROM:        Sheila Carnes
                     Senior Courtroom Deputy

SUBJECT:   United States of America v Ernest Pippin
                     Cr No. 3:06cr150-MHT
                     Petition of Third Party to Claim Guns in Lieu of Forfeiture

The Petition of Third Party to Claim Guns in Lieu of Forfeiture (dn 33) filed by your office on August 18, 2006, contains the following deficiencies:

1) The document was erroneously filed as a motion for forfeiture rather than a petition to claim guns as it is styled.

2) There appears to be numerous unrelated documents attached to the petition (i.e., un-styled, unsigned motion for release on bond pending hearing with a certificate of service for a previously filed notice of intent to plea; July 13, 2006, Letter to Tamara Martin; July 26, 2006, Letter to Susan Redmond; unsigned affidavit of Julia Webster; sentencing guideline information; unsigned affidavit of Stacy Pippin, and unsigned affidavit of Christy Pippin).

3) The form you included as an attachment to your motion appears to be the exact same document as the motion itself (petition plus unrelated pleadings).

The Petition of Third Party to Claim Guns in Lieu of Forfeiture (dn 34) filed by your office on August 18, 2006, contains the following deficiencies:

1) The document was erroneously filed as a motion for forfeiture rather than a petition to claim guns as it is styled.

2) The form you included as an attachment of your motion appears to be the exact same document as the motion itself.

Please contact me immediately at 334 954-3972 regarding these documents.