IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

```
UNITED STATES OF AMERICA        )
                                )
        v.                      )       CR. NO. 3:06cr150-T
                                )
ERNEST PIPPIN                   )
```

<u>MOTION TO CONTINUE SUBMISSION DATE</u>

Comes now the United States of America (United States), by and through Leura G. Canary, United States Attorney, and John T. Harmon, Assistant United States Attorney, and submits the following:

1.    By Order dated August 21, 2006, this Honorable Court ordered all briefs regarding third party petitions be filed by August 28, 2006.

2.    The United States moves for a two week continuance of this submission on the grounds that the parties have resolved their issues.  Settlement documents are in the process of being signed and finalized.

Respectfully submitted this 29th day of August, 2006.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 29, 2006, I electronically filed the foregoing Motion to Continue Submission Date with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Walter M. Northcutt** and **Susan R. Redmond.**

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280