IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )    CRIMINAL ACTION NO.
                            )        3:06cr150-MHT
ERNEST PIPPIN               )
```

## ORDER

It is ORDERED as follows:

(1) The government's motion to continue (doc. no. 38) is granted.

(2) A third-party petitions to claim guns (doc. nos. 33 & 34) are reset for submission, without oral argument, on September 11, 2006, with all briefs due by said date.

DONE, this the 31st day of August, 2006.

      /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE