IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 3:06cr150-T |
| ) | |
| ERNEST PIPPIN ) | |

## MOTION FOR APPROVAL OF STIPULATION

COMES NOW, the United States of America, by and through its counsel, Leura G. Canary, United States Attorney for the Middle District of Alabama and John T. Harmon, Assistant United States Attorney, and requests that this Honorable Court approve the Stipulation for Compromise Settlement filed herewith between the United States and Petitioners Eugenia Pippin and Patti Tharpe.

A proposed Order is attached.

Respectfully submitted this 11th day of September, 2006.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560

CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2006, I electronically filed the foregoing Motion for Approval of Stipulation with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Walter M. Northcutt** and **Susan Redmond.**

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J