IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 3:06cr150-T |
| ) | |
| ERNEST PIPPIN ) | |

STIPULATION FOR COMPROMISE SETTLEMENT

It is hereby stipulated by and between the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and Petitioners Eugenia Pippin and Patti Tharpe, by and through their attorney, as follows:

1. That the parties do hereby agree to settle and compromise the above-entitled action upon the terms indicated below.

2. That Petitioners consent to the forfeiture of the following firearms:

   a) Charter Arms, Undercover, .38 caliber revolver, bearing serial number 542073;

   b) Llama, .380 caliber semi-automatic pistol, bearing serial number A89106; and,

   c) Excam, GT-27, .25 caliber, semi-automatic pistol, bearing serial number M17052.

Petitioners further agree that the United States may retain custody of the four additional firearms listed in the Preliminary Order of Forfeiture until such time as this criminal action is completed and all appeals and petitions are exhausted.

3. That the United States consents to return the following firearms listed in the Preliminary Order of Forfeiture Order to

Petitioners upon completion of this criminal action and the exhaustion of all appeals and petitions:

    a)    Chamri, 12 gauge shotgun, bearing serial number 295778;

    b)    Stevens, Model 940 shotgun;

    c)    Hercules, 410 gauge shotgun; and,

    d)    Springfield Armory, Model 1903.

4. That the Petitioners agree and understand that Ernest Pippin is prohibited by law from possessing firearms. Petitioners further agree that they will properly secure the firearms returned to them. Petitioners agree that this section shall be of no effect should Ernest Pippin have his right to possess firearms restored under _federal_ law.

5. That Petitioners release the United States; the State of Alabama; and all governments, entities and authorities established within the State of Alabama and the agents, employees, assigns, and servants of the above described governments, entities and authorities, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which Petitioners and Petitioners' heirs, successors, or assigns ever had, now have, or may have in the future, in connection with the seizure, detention, and forfeiture of the firearms. The Petitioners expressly waive the recovery of attorney's fees, costs and expenses by any legal action or by any act or law of the United States of America, including but not limited to 28 U.S.C. § 2412. The Petitioners

agree that this express waiver in no way limits the scope and effect of the general waivers and releases herein.

6. The parties agree that this is a compromise settlement of disputed claims and that by entering into this settlement, neither party admits wrongdoing or liability on any basis.

7. Each party will bear its own costs.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

Date: 9/11/06

JOHN T. HARMON   [HAR108]
Assistant United States Attorney
Attorney for Plaintiff

Date: 9/8/6

WALTER M. NORTHCUTT
Attorney for Petitioners

Address of Counsel:

For the United States:

Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7560
E-mail: John.Harmon@usdoj.gov

For Petitioners:

Post Office Box 889
Auburn, Alabama 36831
Telephone: (334) 826-0944