IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


UNITED STATES OF AMERICA     )
                             )
        v.                   )    CRIMINAL ACTION NO.
                             )       3:06cr150-MHT
ERNEST PIPPIN                )

<u>ORDER</u>

For good cause shown, it is ORDERED as follows:

(1) The motion for approval of stipulation (doc. no.
    40) is granted and the stipulation is approved
    and adopted as the order of the court.

(2) The third-party petitions to claim guns (doc.
    nos. 33 & 34) are denied as moot.

DONE, this the 12th day of September, 2006.


        <u>  /s/ Myron H. Thompson  </u>
        UNITED STATES DISTRICT JUDGE