IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO. 3:06cr150-T |
| ) | |
| ERNEST PIPPIN ) | |

<u>MOTION FOR FINAL ORDER OF FORFEITURE</u>

The United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, files this Motion for Final Order of Forfeiture. This motion is based on the Preliminary Order of Forfeiture dated August 10, 2006, the Stipulation for Compromise Settlement between the United States and Petitioners Eugenia Pippin and Patti Tharpe, which has been previously filed and is incorporated herein by reference, and the Order approving the Stipulation dated September 12, 2006.

A proposed Final Order of Forfeiture is filed simultaneously herewith.

Respectfully submitted this the 14th day of September, 2006.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 14, 2006, I electronically filed the foregoing Motion for Final Order of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Walter M. Northcutt** and **Susan Redmond.**

<div style="margin-left: 50%;">

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J

</div>