IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.       )<br>)<br>ERNEST PIPPIN    ) | CR. NO. 3:06cr150-T |

### FINAL ORDER OF FORFEITURE

On August 10, 2006, this Court entered a Preliminary Order of Forfeiture, ordering defendant Ernest Pippin to forfeit the following firearms:

> One Charter Arms, Undercover, .38 caliber revolver, bearing serial number 542073;
>
> One Llama, .380 caliber semi-automatic pistol, bearing serial number A89106;
>
> One Excam, GT-27, .25 caliber semi-automatic pistol, bearing serial number M17052;
>
> One Chamri, 12 gauge shotgun, bearing serial number 295778;
>
> One Stevens, Model 940 shotgun;
>
> One Hercules, 410 gauge shotgun; and,
>
> One Springfield Armory, Model 1903.

The United States published notice of this forfeiture and of its intent to dispose of the firearms in accordance with the law and as specified in the Preliminary Order of Forfeiture in the <u>Montgomery Independent</u> newspaper, and further notified all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearms;

The Court finds that defendant Ernest Pippin had an interest in the firearms that are subject to forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c).

On August 18, 2006, Eugenia Pippin and Patti Tharpe each filed separate third party petitions to claim guns in lieu of forfeiture;

On September 11, 2006, Petitioners and the United States entered into a Stipulation for Compromise Settlement, wherein the Petitioners agreed to forfeiture of the following firearms:

> One Charter Arms, Undercover, .38 caliber revolver, bearing serial number 542073;
>
> Llama, .380 caliber semi-automatic pistol, bearing serial number A89106; and,
>
> Excam, GT-27, .25 caliber, semi-automatic pistol, bearing serial number M17052.

The remaining listed four firearms will be transferred to Petitioners, by and through their attorney, upon completion of this criminal action and the exhaustion of all appeals and petitions:

> Chamri, 12 gauge shotgun, bearing serial number 295778;
>
> Stevens, Model 940 shotgun;
>
> Hercules, 410 gauge shotgun; and,
>
> Springfield Armory, Model 1903.

NOW THEREFORE, IT IS HEREBY ORDERED ADJUDGED AND DECREED that:

1. The following firearms are hereby forfeited to the United States of America pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c):

> One Charter Arms, Undercover, .38 caliber revolver, bearing serial number 542073;
>
> Llama, .380 caliber semi-automatic pistol, bearing serial number A89106; and,
>
> Excam, GT-27, .25 caliber, semi-automatic pistol, bearing serial number M17052.

2. All right, title and interest to the firearms described above is hereby condemned, forfeited and vested in the United States of America, and each shall be disposed of according to law.

3. The firearms described below shall be transferred to Petitioners, by and through their attorney, upon completion of this criminal action and any appeal:

> Chamri, 12 gauge shotgun, bearing serial number 295778;
>
> Stevens, Model 940 shotgun;
>
> Hercules, 410 gauge shotgun; and,
>
> Springfield Armory, Model 1903.

4. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order;

    5.    The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

    SO ORDERED this the \_\_\_\_ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE