IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.        ) | CRIMINAL ACTION NO. |
| ) | 3:06cr150-MHT |
| **ERNEST PIPPIN**        ) | |

### ORDER

It is ORDERED that the motion for final order of forfeiture (doc. no. 42) is set for submission, without oral argument, on September 25, 2006, with any responses due by said date.

DONE, this the 19th day of September, 2006.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE