IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:06cr150-MHT |
| ERNEST PIPPIN | ) | |

## ORDER

It is ORDERED that the government is allowed until October 6, 2006, to respond to defendant Ernest Pippin's objection to pre-sentence report and motion for variance (doc. no. 45).

DONE, this the 29th day of September, 2006.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE