IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 3:06-CR-150-MHT |
| ERNEST PIPPIN ) | |

**RESPONSE TO COURT ORDER**

**COMES NOW** the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and files its response to the Court's Order of September 29, 2006, as follows:

1.　The parties reached an agreement pursuant to Federal Rules of Criminal Procedure, Rule 11(c)(1)(C). The government agreed to recommend a sentence of not more than 15 years on counts 1 and 2, not more than 10 years on count 3, and not more than 7 years on count 4 of the indictment, all counts to run concurrent to each other. The defendant agreed to a sentence of not less than 11 years, though provision was made for him to request a sentence of 11 years.

2.　The government believes that the Court is bound by statute to sentence the defendant to a term of imprisonment of not less than 15 nor more than 40 years pursuant to Title 18, United States Code, Section 2252A(b)(1) . In crafting the plea agreement and agreeing to recommend a sentence of not more than 15 years, the government did consider the points now raised in the defendant's filed objections. The government does believe that a sentence of 15 years, in this case, is appropriate pursuant to the factors set out on Title 18, United States Code, Section 3553(a).

Respectfully submitted, this the 6th day of October, 2006.

                LEURA GARRETT CANARY
                UNITED STATES ATTORNEY


                /s/ Susan Redmond
                SUSAN REDMOND
                Assistant United States Attorney
                Post Office Box 197
                Montgomery, Alabama 36101-0197
                (334) 223-7280
                (334) 223-7135 fax
                susan.redmond@usdoj.gov

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CASE NO. 3:06-CR-150-MHT** |
| **ERNEST PIPPIN** | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Walter M. Northcutt.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Susan Redmond
SUSAN REDMOND
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280
(334) 223-7135 fax
susan.redmond@usdoj.gov