AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

V.

ERNEST PIPPIN

**NOTICE**

CASE NUMBER: 3:06cr150-MHT

TYPE OF CASE:
☐ CIVIL   X CRIMINAL

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

SENTENCING HEARING

X TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| The Frank M. Johnson, Jr. United States Courthouse Complex One Church Street Montgomery, AL 36104 | 10/12/2006 @ 10:00 a.m. | 10/12/2006 @ 2:00 p.m |

Debra P. Hackett, Clerk
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

10/10/2006
DATE

(BY) DEPUTY CLERK