# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE         AT MONTGOMERY   ALABAMA

DATE COMMENCED   October 12, 2006         AT   3:45   A.M./P.M.

DATE COMPLETED   October 12, 2006         AT   5:25   A.M./P.M.

UNITED STATES OF AMERICA                  Criminal Action
                                          3:06-cr-150-MHT
        VS.

ERNEST PIPPIN

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Susan R. Redmond | X | Atty Walter M. Northcutt |
| AUSA John T. Harmon | X | |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Anthony Green | Daniel Korobkin, | Mitchell Reisner, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:        SENTENCING HEARING

| | |
|---|---|
| 3:45 p.m. | Sentencing hearing commenced. Terms of plea agreement stated on the record. Probation concurs with plea agreement. Plea agreement taken under advisement. |
| 4:05 p.m | Recess. |
| 5:12 p.m | Sentencing hearing continues. **ORAL ORDER** accepting plea agreement and granting [45] motion for variance. Sentence imposed. Government's **ORAL MOTION** that final order of forfeiture be made part of the judgment. **ORAL ORDER** granting oral motion that final order of forfeiture be made part of the judgment. |
| 5:25 p.m. | Hearing concluded. |