IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION        RECEIVED

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 2006 NOV 27  A 8: 34 |
|  | ) |  |
|  | ) |  |
| v. | ) | Case Number: CR-06-150-MHT |
|  | ) |  |
|  | ) |  |
| ERNEST PIPPIN | ) |  |

### MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL

NOW COMES the Defendant, ERNEST PIPPIN, pro se, and files this motion requesting an extension of the time to file a Notice of Appeal of the Judgment and Sentence entered on October 18, 2006. The Defendant is indigent and not able to afford counsel for this appeal. The defendant states that there is excuseable neglect and good cause for his failure to file an earlier Notice of Appeal.

Respectfully submitted,

_____Ernest Pippin_____
(NAME)
ADDRESS:  P.O. drawer 159
          montgomery Al. 36101

## CERTIFICATE OF SERVICE

I hereby certify that I have this 25 day of Nov ,2006, served a copy of the foregoing **Motion** on the following by placing a copy of the same in the U.S. mail, postage prepaid and properly addressed:

        Office of the U.S. Attorney
        One Court Square, Suite 201
        Montgomery, Alabama 36104

X _Ernest Pyron_____
(NAME)