IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2006 NOV 27 A 8:34

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case Number: CR-06-150-MHT |
| | ) | |
| ERNEST PIPPIN | ) | |

## NOTICE OF APPEAL

**NOW COMES** the Defendant, ERNEST PIPPIN, pro se, and files this notice of appeal of the Judgment and Sentence entered on October 18, 2006. The Defendant is indigent and not able to afford counsel and therefore requests that he be permitted to proceed with this appeal without prepayment of fees and costs or security therefore and without filing the affidavit required by Section 1915(a) of Title 28.

Respectfully submitted,

_/s/ Ernest Pippin_
(NAME)
ADDRESS: P.O. drawer 159
Montgomery al, 36101

## CERTIFICATE OF SERVICE

I hereby certify that I have this 25 day of nov , 2006, served a copy of the foregoing **Notice of Appeal** on the following by placing a copy of the same in the U.S. mail, postage prepaid and properly addressed:

> Office of the U.S. Attorney
> One Court Square, Suite 201
> Montgomery, Alabama 36104

_____Ernest Pippin_____
(NAME)