IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case Number: CR-06-150-MHT |
| ) | |
| ) | |
| ERNEST PIPPIN ) | |

RECEIVED

2006 NOV 27  A 8: 34

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION FOR APPOINTMENT OF COUNSEL

NOW COMES the Defendant, ERNEST PIPPIN, pro se, and files this motion requesting appointment of counsel for purposes of appeal of the Judgment and Sentence entered on October 18, 2006. The Defendant is indigent and not able to afford counsel.

Respectfully submitted,

X _Ernest Pippin_
(NAME)
ADDRESS: M CDF P.O. drawer 159
Montgomery AL 36101

## CERTIFICATE OF SERVICE

I hereby certify that I have this _25_ day of _Nov_____, 2006, served a copy of the foregoing **Motion for Appointment of Counsel** on the following by placing a copy of the same in the U.S. mail, postage prepaid and properly addressed:

Office of the U.S. Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

X _Ernest Pippin_
(NAME)