IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:06cr150-MHT |
| **ERNEST PIPPIN** | ) | |

## ORDER

It is ORDERED that the motion for appointment of counsel (doc. no. 69) is denied.  Defendant Ernest Pippin already has an attorney, Hon. Walter M. Northcutt.

DONE, this the 30th day of November, 2006.

　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**