IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

———————————

No. 06-16247-E

———————————

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

FEB 0 5 2007

THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ERNEST PIPPIN,

Defendant-Appellant.

———————————

Appeal from the United States District Court for the
Middle District of Alabama

———————————

Before ANDERSON, BARKETT, and WILSON, Circuit Judges.

BY THE COURT:

This appeal is DISMISSED, sua sponte, for lack of jurisdiction. Appellant's November 25, 2006, notice of appeal is untimely to contest his October 19, 2006, criminal judgment and sentence. Fed.R.App. 4(b)(1)(A)(i); Houston v. Lack, 487 U.S. 266, 276, 108 S.Ct. 2379, 2385, 101 L.Ed.2d 245 (1988); United States v. Grant, 256 F.3d 1146, 1150 (11th Cir. 2001).

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 40-4 and all other applicable rules.